UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

HUGO NOEL GONZALEZ ROBLES,　)
　)
　　　　　　Petitioner,　)
　)
　　　　v.　)　　No. 2:26-cv-00295-JPH-MG
　)
SAMUEL OLSON Field Office Acting　)
Director of Enforcement and Removal　)
Operations, Chicago Field Office,　)
Immigration and Customs Enforcement,　)
*et al.*,　)
　)
　　　　　Respondents.　)

### ORDER

The Court granted Hugo Gonzalez Robles's petition for a writ of habeas corpus to the extent it ordered the respondents to afford him a bond hearing or release him from custody. Dkt. 11. The Court ordered Mr. Gonzalez Robles to respond by May 26, 2026, and clarify whether he still wishes for the Court to rule on his claim that he was entitled to relief as a member of the plaintiff class in *Castañon-Nava v. Dep't of Homeland Sec.*, 806 F. Supp. 3d 823 (N.D. Ill. 2025). The deadline has passed without any action by Mr. Gonzalez Robles.

Accordingly, this action is **dismissed**. The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 6/4/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

William A Quiceno
Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
williamq@klc-ltd.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Paul Umbaugh, IV
DOJ-USAO
paul.umbaugh@usdoj.gov

2